Case 1:11-cv-01107-MSK-CBS   Document 87   Filed 05/04/11   USDC Colorado   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01107-MSK-CBS

BLUE ARCHITECTS, P.C.,
a Colorado corporation,
DAVIS PARTNERSHIP, P.C.,
a Colorado corporation,
GLOBAL ENGINEERING GROUP, LLC,
a Colorado limited liability company, and
OUELLETTE & ASSOCIATES, INC.,
a Colorado corporation,

    Plaintiffs,

v.

EVEREST MARIN, L.P.,
a Colorado limited partnership,
ANA MARIA PETERS-RUDDICK,
in her capacity as the Arapahoe County Public Trustee,
FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver, FirsTier Bank,
BOHANNAN HUSTON, INC.
a New Mexico corporation,
WINSLOW CRANE SERVICE CO.,
a Colorado corporation,
INTERIOR DEMOLITION SPECIALISTS, INC.,
a Colorado corporation,
OVERHEAD DOOR COMPANY OF DENVER, INC.,
a Colorado corporation,
D.H. RUGGLES & ASSOCIATES, P.C.,
a Colorado corporation,
JVA, INC.,
a Colorado corporation,
PROJECT ONE INTEGRATED SERVICES, LLC,
a Colorado limited liability company,
BROWNSTEIN HYATT FARBER & SCHRECK, LLP,
a Colorado limited liability partnership,
MILENDER WHITE CONSTRUCTION CO.,
a Colorado corporation, and
BUILDING CONSULTANTS,

    Defendants.

PROJECT ONE INTEGRATED SERVICES, LLC,
a Colorado limited liability company,

    Cross Claimant,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver, FirsTier Bank, *et al.*,

    Cross Defendants.

PROJECT ONE INTEGRATED SERVICES, LLC,
a Colorado limited liability company,

    Counter Claimant,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver, FirsTier Bank, *et al.*,

    Counter Defendants.

JVA, INC.,
a Colorado corporation,

    Cross Claimant,

v.

BUILDING CONSULTANTS, *et al.*,

    Cross Defendants.

JVA, INC.,
a Colorado corporation,

    Counter Claimant,

v.

BUILDING CONSULTANTS, *et al.*,
    Counter Defendants.

MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER IS before the court upon the Order of Reference to Magistrate Judge (*doc # 80*) entered May 3, 2011 by Judge Marcia S. Krieger and Defendant JVA, Inc.'s Motion for Expedited Disclosure and Determination of Mechanic's Lien Issues (*doc # 56*), filed in this court and referred to me on May 3, 2011.  IT IS HEREBY ORDERED that the court shall hold a Status Conference on **May 10, 2011 at 1:30 p.m.** (**Mountain Time**) in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**      May 4, 2011