IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01107-MSK-CBS

BLUE ARCHITECTS, P.C., a Colorado corporation;
DAVIS PARTNERSHIP, P.C., a Colorado corporation;
GLOBAL ENGINEERING GROUP, LLC; a Colorado limited liability company; and
OUELLETTE & ASSOCIATES, INC., a Colorado corporation,

   Plaintiffs,

v.

EVEREST MARIN, L.P., a Colorado limited partnership;
ANA MARIA PETERS-RUDDICK in her capacity as the ARAPAHOE COUNTY PUBLIC TRUSTEE;
FEDERAL DEPOSIT INSURANCE CORPORATION, as RECEIVER for FirsTier Bank;
BOHANNAN HUSTON, INC., a New Mexico corporation;
WINSLOW CRANE SERVICE CO., a Colorado corporation;
INTERIOR DEMOLITION SPECIALISTS, INC., a Colorado corporation;
OVERHEAD DOOR COMPANY OF DENVER, INC., a Colorado corporation;
D.H. RUGGLES & ASSOCIATES, P.C., a Colorado corporation;
JVA, INC., a Colorado corporation;
PROJECT ONE INTEGRATED SERVICES, LLC, a Colorado limitedliability company;
BROWNSTEIN HYATT FARBER & SCHRECK, LLP, a Colorado limited liability partnership;
MILENDER WHITE CONSTRUCTION CO., a Colorado corporation; and
BUILDING CONSULTANTS

   Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The

Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 5th day of May, 2011.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge