## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  11-cv-01107-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A201 |
| **Date:  August 19, 2011** | **Courtroom Deputy:**  Linda Kahoe |

BLUE ARCHITECTS, P.C.,                        Brad Alan Ramming
DAVIS PARTNERSHIP, P.C.,
GLOBAL ENGINEERING GROUP, LLC,
OUELLETTE & ASSOCIATES, INC.,

     Plaintiffs,

v.

EVEREST MARIN, L.P.,
ANA MARIA PETERS-RUDDICK,
FEDERAL DEPOSIT INSURANCE CORPORATION,     Rebecca Reynolds Messall
    as receiver, FirsTier Bank,
BOHANNAN HUSTON, INC.
WINSLOW CRANE SERVICE CO.,
INTERIOR DEMOLITION SPECIALISTS, INC.,
OVERHEAD DOOR COMPANY OF DENVER, INC.,
D.H. RUGGLES & ASSOCIATES, P.C.,
JVA, INC.,                                                    Stephen A. Wichern
PROJECT ONE INTEGRATED SERVICES, LLC,       Scott R. Larson (via phone)
BROWNSTEIN HYATT FARBER & SCHRECK, LLP,
MILENDER WHITE CONSTRUCTION CO.,
BUILDING CONSULTANTS,

     Defendants.

PROJECT ONE INTEGRATED SERVICES, LLC,

     Cross Claimant,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,
    as receiver, FirsTier Bank, *et al.*,

     Cross Defendants.

PROJECT ONE INTEGRATED SERVICES, LLC,

    Counter Claimant,

v.

OUELLETTE & ASSOCIATES, INC.,

    Counter Defendants.

JVA, INC.,

    Cross Claimant,

v.

BUILDING CONSULTANTS, *et al.*,

    Cross Defendants.

JVA, INC.,

    Counter Claimant,

v.

OUELLETTE & ASSOCIATES, INC.,

    Counter Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:     10:40 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Plaintiffs' Motion for Remand, doc #[92], filed 5/10/2011.

Mr. Ramming presents arguments.

Mr. Wichern presents arguments.

Ms. Messall presents arguments.

**ORDERED:** Mr. Wichern shall confer with Plaintiff's counsel and decide whether or not supplemental briefing is necessary. Any supplemental briefs must be filed **WITHIN 10 DAYS OF TODAY'S DATE**. If counsel determine they will not file supplemental briefs, Mr. Wichern shall notify the court by Monday, August 22, 2011.

Plaintiffs' Motion for Remand, doc #[92] is taken under advisement. The court will write a recommendation.

Discussion regarding FDIC-R's Motion for Stay of Proceedings Pending Administrative Claims Review Process, doc #[95], filed 5/20/2011.

Ms. Messall presents arguments.

Mr. Ramming presents arguments.

FDIC-R's Motion for Stay of Proceedings Pending Administrative Claims Review Process, doc #[95] is taken under advisement. The court will write a recommendation.

The court will not rule from the bench on Defendant FDIC-R's Motion to Dismiss for Lack of Jurisdiction, doc #[100]. The Motion #[100] is taken under advisement.

HEARING CONCLUDED.

**Court in recess**:     **12:06 p.m.**
Total time in court:    01:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.