**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  11-cv-01107-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  February 17, 2012** | **Courtroom Deputy:**  Robin Mason |

BLUE ARCHITECTS, P.C.,    Brad Alan Ramming
a Colorado corporation,
DAVIS PARTNERSHIP, P.C.,
a Colorado corporation,
GLOBAL ENGINEERING GROUP, LLC,
a Colorado limited liability company, and
OUELLETTE & ASSOCIATES, INC.,
a Colorado corporation,

      Plaintiffs,

v.

EVEREST MARIN, L.P.,
a Colorado limited partnership,
ANA MARIA PETERS-RUDDICK,
in her capacity as the Arapahoe County Public Trustee,
FEDERAL DEPOSIT INSURANCE CORPORATION,    Rebecca Reynolds Messall
as receiver, FirsTier Bank,
BOHANNAN HUSTON, INC.    William D. Lytle
a New Mexico corporation,
WINSLOW CRANE SERVICE CO.,
a Colorado corporation,
INTERIOR DEMOLITION SPECIALISTS, INC.,
a Colorado corporation,
OVERHEAD DOOR COMPANY OF DENVER, INC.,
a Colorado corporation,
D.H. RUGGLES & ASSOCIATES, P.C.,    Roy W. Penny , Jr.
a Colorado corporation,
JVA, INC.,    James David Arkell
a Colorado corporation,    Stephen A. Wichern
PROJECT ONE INTEGRATED SERVICES, LLC,
a Colorado limited liability company,
MILENDER WHITE CONSTRUCTION CO.,
a Colorado corporation, and
BUILDING CONSULTANTS,

|          Defendants. |

PROJECT ONE INTEGRATED SERVICES, LLC,
a Colorado limited liability company,

      Cross Claimant,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver, FirsTier Bank, *et al.*,

      Cross Defendants.

PROJECT ONE INTEGRATED SERVICES, LLC,
a Colorado limited liability company,

      Counter Claimant,

v.

OUELLETTE & ASSOCIATES, INC.,
a Colorado corporation,

      Counter Defendants.

JVA, INC.,
a Colorado corporation,

      Cross Claimant,

v.

BUILDING CONSULTANTS, *et al.*,

      Cross Defendants.

JVA, INC.,
a Colorado corporation,

      Counter Claimant,

v.

OUELLETTE & ASSOCIATES, INC.,
a Colorado corporation,

      Counter Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:      10:05 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding plaintiff's MOTION to Remand (Docket No. 92, filed on 5/10/2011), defendant's MOTION to Stay of Proceedings Pending Administrative Claims Review Process (Docket No. 95, filed on 5/20/2011), and defendant's MOTION to Dismiss for Lack of Jurisdiction (Docket No. 100, filed on 6/27/2011).

**ORDERED:**   The court **DENIES as MOOT** defendant's MOTION to Stay of Proceedings Pending Administrative Claims Review Process (Docket No. 95, filed on 5/20/2011).

**ORDERED:**   Magistrate Judge Shaffer advises the parties that he has completed his recommendation for Judge Kreiger in which he will recommend that the plaintiff's MOTION to Remand (Docket No. 92, filed on 5/10/2011) and the defendant's MOTION to Dismiss for Lack of Jurisdiction (Docket No. 100, filed on 6/27/2011) both be dismissed.

The court advises the parties that based on his recommendation the next steps are to either set a Further Scheduling Conference or to not set anything at this time, to allow for the filing of objections.

**ORDERED:**   A further Scheduling Conference is set for **March 20, 2012 at 9:15 a.m.** The parties are not required to submit a proposed scheduling order but will instead set dates at the time of this hearing. Local counsel (those in the Denver Metro area) are encouraged to appear physically for this hearing; out-of-state counsel may appear by telephone. *Counsel shall coordinate to create a conference call among themselves before contacting the court (303.844.2117) at the scheduled time*.

Discussion regarding mediation and possible settlement.

**ORDERED:**   The parties shall have a meet and confer **prior to March 20, 2012** to decide if a settlement conference would be productive. If the parties feel that a settlement conference would be of benefit, they shall contact Magistrate Judge Shaffer's chambers at (303) 844-2117.

HEARING CONCLUDED.

**Court in recess:        10:20 a.m.**
Total time in court:     00:15

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.